**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **L.Y.G.O. *et al.*,** | § | |
| **Petitioners,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-03696-OLG** |
| | § | |
| **JOSE RODRIGUEZ, in his official capacity as Warden of the Dilley Immigrant Processing Center, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioners initiated on June 9, 2026. Respondents have since advised the Court of Petitioners' release from custody on October 2, 2026. (Dkt. No. 5.) Accordingly, because Petitioners are no longer in Respondents' custody, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 12, 2026.

ORLANDO L. GARCIA
United States District Judge